UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

LawHQ, LLC et al.

               Plaintiffs,

      v.

Jorge Dopico, et al.,

               Defendants.

-------------------------------------------------------x

1:20-cv-616 (LAK)

**AFFIDAVIT OF
GREGORY A. BECK**

State of Maryland     )
                        :   ss.
County of Montgomery  )

Gregory A. Beck, being duly sworn and under penalty of perjury, deposes and states:

1.     My name is Gregory A. Beck. I am over the age of eighteen, and I have personal knowledge of the below facts.

2.     I am the owner of Greg Beck Law Office.

3.     I submit this Affidavit in support of my application for admission to this court, *pro hac vice*, for the purpose of representing Plaintiff in the above-captioned matter.

4.     I was admitted to the D.C. bar in 2005 and have remained in good standing. Attached hereto as Exhibit A is my Certificate of Good Standing.

5.     I have never been convicted of a felony.

6.     I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7.     There are no disciplinary proceedings presently against me.

Dated: January 27, 2020
      Silver Spring, MD

Respectfully submitted,

Gregory A. Beck

Sworn to before me on this
27th day of January, 2020

_____
Notary Public

TESFAYE DERESSE
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires _____Oct 04 2022_____

# EXHIBIT A



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Gregory A Beck*

was duly qualified and admitted on October 14, 2005 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 11, 2019.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership